## NEW ALBANY VENEERING COMPANY *v.* TALGE MAHOGANY COMPANY.

### [No. 13,989.   Filed June 26, 1930.]

*Charles D. Kelso* and *Walter V. Bulleit,* for appellant.
*Stotsenburg, Weathers & Minton,* for appellee.

PER CURIAM.—Affirmed.

## BUSH *v.* SMITH.

### [No. 14,011.   Filed July 1, 1930.]

*Arthur S. Wilson,* for appellant.
*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, John S. Taylor* and *W. Paul Stratton,* for appellee.

REMY, J.—Affirmed, on authority of *Stone* v. *Francisco Mining Co.* (1923), 80 Ind. App. 348, 140 N. E. 438.

## BEDFORD STONE PRODUCTS COMPANY *v.* TURPIN.

### [No. 14,043.   Filed July 2, 1930.]

*N. J. McClure,* for appellant.
*Albert J. Fields,* for appellee.

PER CURIAM.—Affirmed.